LUTHER L. DEAN et al., Appellants, *v.* WILLIAM J. BENN et al., Respondents.*

(Argued May 4, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 9, 1893, which affirmed a judgment in favor of defendants entered upon an order dismissing the complaint on trial at Special Term.

*Matthew Hale* for appellants.

*Edward P. White* for respondents.

Agree to affirm on opinion of Special Term.
All concur, except GRAY, J., not voting.
Judgment affirmed.

---

ADOLPHUS E. KINNEAR, Appellant, *v.* ROBERT S. POWELL et al., Respondents.

(Argued May 4, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 1, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*George A. Black* for appellant.

*George Bethune Adams* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

* Reported below, 69 Hun, 519.